UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BEST OF EVERYTHING OF SOUTHWEST FLORIDA, INC., a Florida corporation,

    Plaintiff,

v.　　　　　　　　　　　　　　Case No: 2:18-cv-132-FtM-29CM

CELEBRATION RIVER CRUISES, INC., an Illinois Corporation, SCOTT M. SCHADLER, an Individual, ROBIN SCHADLER, an Individual, ALICE M. CAMERON, an Individual and as Domain Name Registrant, JOHN DOES, JANE DOES, and ABC COMPANIES,

    Defendants.

## ORDER

This matter comes before the Court on plaintiff's Response (Doc. #20) and Notice of Dismissal (Doc. #21) filed on July 15, 2018. The Court will take **no further action** on the Order to Show Cause (Doc. #19) based on the Response. No formal appearance, answer, or motion for summary judgment has been filed by any of the defendants. Therefore, a voluntary dismissal is appropriate.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this action is **DISMISSED** without prejudice. The Clerk shall terminate all previously scheduled deadlines and pending motions, and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this ___16th___ day of July, 2018.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Parties of record